IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TEOTIMO PINTOR JR, | * | |
|    Plaintiff, | * | |
| | * | |
| Vs. | * | CIVIL ACTION NO. 7:23-CV-00138 |
| | * | |
| PNC BANK NATIONAL ASSOCIATION, | * | |
|    Defendants. | * | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVILPROCEUDRE

PLEASE TAKE NOTICE THAT Plaintiff, Teotimo Pintor Jr. hereby voluntary dismisses its claims against Defendant, PNC Bank National Association without prejudice pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        JUAN RAMOS LAW GROUP, PLLC
        612 W. Nolana, Suite 355
        McAllen, Texas 78504
        Tel: (956) 586-0849
        Fax: (956) 630-7567

By:    */s/ Juan Ramos*_____
        JUAN G. RAMOS, JR.
        State Bar No. 24094908
        Federal ID 2790628
        Email: frontdesk@jramoslawgroup.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this the 7th day of June 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy this Notice of Voluntary Dismissal Without Prejudice Under Rule 41 (a)(1)(A)(i) Of the Federal Rules of Civil Procedure via the Court's CM/ECF system per Local Rule 5.1 the 7th day of June, 2023. Any other counsel of record will be served by facsimile transmission.

                                                                        __/s/ Juan Ramos_____
                                                                       JUAN G. RAMOS, JR.

Of Counsel:
**HUGHES WATTERS ASKANASE, LLP**
**DOMINIQUE VARNER**
Tex. Bar No. 00791182
dvarner@hwa.com
**MICHAEL WEEMS**
Tex. Bar No. 24066273
mweems@hwa.com
Total Energies Tower
1201 Louisiana Steet, 29th Floor
Houston, Texas 77002
(713) 328-2848 – Telephone
(713) 75-6834 – Facsimile

**ATTORNEY FOR DEFEDANT,**
**PNC BANK, N.A**